IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AARON NORMAN,

Plaintiff,

v.

ROXANA LANDFILL, INC.,

Defendant.

Case No. 26-92 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 6/23/2026                    MONICA A. STUMP, Clerk of Court

**Deputy Clerk**

Approved: 

**J. PHIL GILBERT**
**DISTRICT JUDGE**